## MASSENGALE *v.* CITY OF ATLANTA.

**FISH, J.** Permitting a public city sewer to be or remain in such a defective condition as to become a nuisance with resulting injury to realty, gives a cause of action against the municipality in favor of the owner of such realty, and on the trial thereof he may recover for all damages to his property which have occurred within four years of the filing of his petition. This is so without regard to the time when the sewer was constructed or when it became in fact such a nuisance. *Reid* v. *Atlanta*, 73 *Ga.* 525, and cit. ; *Smith* v. *Atlanta*, 75 *Ga.* 110 , *Maguire* v. *Cartersville*, 76 *Ga.* 84; *Mayor of Brunswick* v. *Tucker*,

103 *Ga.* 233 ; *Holmes* v. *Atlanta*, ante, 761; *Mayor of Waycross* v. *Houk*, ante, 763.                    *Judgment reversed. All the Justices concurring.*

Submitted May 29, — Decided July 20, 1901.

Action for damages.    Before Judge Calhoun.    City court of Atlanta.    September 21, 1900.

*Lumpkin & Colquitt*, for plaintiff.    *J. L. Mayson, W. P. Hill, J. A. Anderson*, and *J. T. Pendleton*, for defendant.